Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

5/26/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

Case Number    2:23-cr-00260-RGK

Defendant Number  1

U.S.A.  v.  Dennis Guerra

Year of Birth   1985

[✓] Indictment          [ ] Information

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense    4/1/2023

c. County in which first offense occurred

Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense    18 U.S.C. 922(g)(1); 924(e)(1)

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?    [ ] No    [ ] Yes

IF YES, provide Name: _____

Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*          [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*          [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?  ☐ YES  ☐ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud              ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☑ violent crimes/firearms       ☐ corporate fraud

☐ Other _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:  ☐ Yes  ☐ No

   IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

   IF YES :  ☐ State  ☐ Federal  AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.  _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date _____ 5/18/2023 _____

Signature of Assistant U.S. Attorney

Laura A. Alexander

Print Name